IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRED LEE DAVENPORT,

Plaintiff,

v.

KENNETH CORMICAN, et al.

Defendants.

ORDER

Case No. 26-cv-200-wmc

In an order entered on October 6, 2026, plaintiff Fred Lee Davenport was granted leave to proceed against defendants Joshua Rabel, Nicole Anderson, Kyle Zenk, Krista Cummings, Kenneth Cormican, Anthony Johnson, Alana M. Acker, and Ywj Siab Vang. The Wisconsin Department of Justice filed a notice indicating that it does not appear on behalf of defendant Krista Cummings. Because plaintiff paid the full $405 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on his behalf. Rather, I am directing the clerk's office to forward the summons, complaint and a copy of the court's October 6, 2026, screening order to the plaintiff to serve on defendant Krista Cummings following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint, the court's October 6, 2026, screening order to plaintiff to arrange for service

on defendant Krista Cummings. Plaintiff is to promptly serve defendant Krista Cummings and file proof of service as soon as service has been accomplished.

Entered this 24th day of November, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge